# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| Ronald Fries, Sr., | ) |
| Plaintiff, | ) No.   1:21-cv-00007-JMS-DML |
| v. | ) |
| Transfinancial Companies, Inc., a Louisiana corporation, | ) |
| Defendant. | ) |

Dismissal with prejudice acknowledged [7]. JMS, CJ 3/24/21 Distribution via ECF

## NOTICE OF VOLUNTARY
## DISMISSAL WITH PREJUDICE

Plaintiff, pursuant to settlement and F.R.C.P. Rule 41, hereby stipulates to the dismissal of his claims against the Defendant, with prejudice.

Dated:  March 23, 2021

One of Plaintiff's Attorneys

/s/ David J. Philipps_____

David J. Philipps     (Ill. Bar No. 06196285)
Mary E. Philipps      (Ill. Bar No. 06197113)
Angie K. Robertson (Ill. Bar No. 06302858)
Philipps & Philipps, Ltd.
9760 S. Roberts Road
Suite One
Palos Hills, Illinois 60465
(708) 974-2900
(708) 974-2907 (FAX)
davephilipps@aol.com
mephilipps@aol.com
angie@philippslegal.com

1